UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID FINDLING, in his
Capacity as State-Court
Appointed Receiver,

        Plaintiff,        Case No. 17-CV-13560
                                 HON. GEORGE CARAM STEEH

vs.

UNITED STATES OF AMERICA,
DAVID W. THURSFIELD, and
LINDA J. THURSFIELD,

        Defendants.
_____/

**AMENDED** ORDER GRANTING DEFENDANT LINDA
THURSFIELD'S EMERGENCY MOTION FOR RELEASE OF
FUNDS FROM RECEIVER AND TAKING UNDER ADVISEMENT
REQUESTS FOR ATTORNEY'S FEES, TO HOLD RECEIVER
IN CONTEMPT AND TO REMOVE RECEIVER [ECF NO. 51]

     This matter comes before the court on defendant Linda Thursfield's emergency motion for release of funds from receiver, contempt and removal of receiver. The parties appeared before the court, and the court heard oral argument on the motion on October 4, 2018. For the reasons stated on the record, the court grants defendant's motion in part and orders the receiver to pay Linda Thursfield the $7,000 withheld in violation of the court's order requiring him to "pay all future funds as they are received. . . ." (ECF No. 43) This payment shall be made forthwith. The court takes

- 1 -

defendant's requests for her attorney's fees, to find the receiver in contempt and for removal of the receiver under advisement and will rule on such requests if it becomes necessary.

Now, therefore,

IT IS HEREBY ORDERED that defendant Linda Thursfield's emergency motion for release of funds from receiver is GRANTED.

IT IS HEREBY FURTHER ORDERED that defendant's requests for her attorney's fees, to hold receiver in contempt and to remove receiver are taken under advisement.

So ordered.

Dated: October 11, 2018

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 11, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk